# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISON

| | |
|---|---|
| NOURA ALTAMIMI, | |
| Plaintiff, | Case No. 1:22-cv-02245 |
| v. | |
| JOSHUA'S PEST CONTROL, L.P., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, NOURA ALTAMIMI, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, JOSHUA'S PEST CONTROL, L.P., with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: August 16, 2022

Respectfully submitted,

**NOURA ALTAMIMI**
*/s/ Marwan R. Daher*
Marwan R. Daher
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mdaher@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify on August 16, 2022, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                                                                                      */s/ Marwan R. Daher*